# Court of Appeals
# of the State of Georgia

ATLANTA,__March 15, 2022_____

*The Court of Appeals hereby passes the following order:*

**A22A1036. DAIJUAN TAIKAIN EL-ELYOU v. TINA ROBINSON et al.**

Prisoner Daijuan Taikain El-Elyou has filed this original mandamus petition against Fulton County Superior Court Clerk Tina Robinson and Judge Kelly Lee Ellerbee. Although the allegations in the petition are not entirely clear, it appears El-Elyou contends that the Superior Court lacks judicial authority, has failed to disburse certain funds, and refuses to file certain documents. We, however, lack jurisdiction.

"Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, . . . and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983). Rather, the mandamus petition should be filed in the superior court, the respondent superior court judge will disqualify, another superior court judge will be appointed to hear and decide the matter, and then the decision may be appealed. *Brown*, 251 Ga. at 436. Until El-Elyou has pursued mandamus relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction. See *Gay v. Owens*,

292 Ga. 480, 482-483 (2) (738 SE2d 614) (2013); *Brown*, 251 Ga. at 436. Accordingly, this petition for writ of mandamus is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  *03/15/2022* 

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*